

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2019

No. 04-19-00122-CV

**IN RE ESTATE OF AVA LORENE MAHAFFEY, DECEASED,**

From the County Court at Law, Kerr County, Texas
Trial Court No. CCL16-16
Honorable Susan Harris, Judge Presiding

# O R D E R

Appellee's second motion for extension of time to file her brief is GRANTED. Appellee's brief is due July 29, 2019. No further extensions of time will be granted absent extenuating circumstances.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court